1   STEPHEN H. ROGERS, ESQ.
    Nevada Bar No. 5755
2   ROGERS, MASTRANGELO, CARVALHO & MITCHELL
    300 South Fourth Street, Suite 710
3   Las Vegas, Nevada 89101
    Phone (702) 383-3400
4   Fax (702) 384-1460
    Email: srogers@rmcmlaw.com
5   Attorneys for Defendants

6

7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF NEVADA

9

10

11  RANDALL K. HUNT,                        )  CASE NO.: 2:15 - cv - 00520-JCM-NJK
                                            )
12            Plaintiff,                    )
                                            )
13  vs.                                     )  **STIPULATION AND ORDER**
                                            )              **EXTENDING TIME**
14  AUTO-OWNERS INSURANCE COMPANY,          )  **TO FILE REPLY TO PLAINTIFF'S**
    a Michigan company; OWNERS INSURANCE    )  **RESPONSE TO DEFENDANTS'**
    COMPANY, a Michigan company;            )  **MOTION TO DISMISS**
15  AUTO-OWNERS INSURANCE GROUP,            )  **[FIRST REQUEST]**
    a Michigan corporation; DOES I through XX, )
16  inclusive; ROE CORPORATIONS I through XX, )
    inclusive; DOE INSURANCE ADJUSTERS      )
17  I through XX, inclusive,                 )
                                            )
18            Defendants.                   )
    _____ )
19

20          IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys

21  for the parties, that the time within which the Defendants, Auto-Owners Insurance Company, Owners

22  Insurance Company and Auto-Owners Insurance Group ("Defendants"), may file their Reply to the

23  Plaintiff's Response to Defendants' Motion to Dismiss is hereby extended up to and including May

24  26, 2015.

25  / / /

26  / / /

27  / / /

28  / / /

1    There have been no previous requests for extension of time for Defendants to file their Reply

2    and this Stipulation is not being made for the purpose of unduly delaying the proceedings.

3

4    DATED this 21st day of May, 2015.                  DATED this 21st day of May, 2015.

5

6    | ROGERS, MASTRANGELO, CARVALHO & MITCHELL | THE COTTLE LAW FIRM |
| --- | --- |
| By:   /s/ Stephen H. Rogers<br>STEPHEN H. ROGERS, ESQ.<br>Nevada Bar No. 5755<br>300 South Fourth Street, Suite 710<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By:   /s/ Matthew D. Minucci<br>ROBERT W. COTTLE, ESQ.<br>Nevada Bar No. 4576<br>MATTHEW D. MINUCCI, ESQ.<br>Nevada Bar No. 12449<br>8635 S. Eastern Avenue<br>Las Vegas, Nevada 89123<br>Attorneys for Plaintiff |

11

12                                    **ORDER**

13

14        IT IS SO ORDERED

15             DATED May 22, 2015.

16

17                                    HON. JAMES C. MAHAN
                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27    M:\Rogers\Auto-Owners Insurance adv. Hunt\Pleadings\stip and order to extend time to Reply to Pltf Rspns to our MTD.wpd

28